UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  CV 20-5012-MWF (GJSx) | Date:  August 4, 2021 |
| Title:  The Estate of Christopher Nash, et al v. County of Los Angeles et al. | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Rita Sanchez                                                          Not Reported
Courtroom Deputy                                              Court Reporter

Attorneys Present for Plaintiff:                       Attorneys Present for Defendant:
Not Present                                                         Not Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER**

In light of the Notice of Settlement [107] filed August 3, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 29, 2021 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.