JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER NASH, by and through his successor-in-interest ANTHONY NASH an individual; and ANTHONY NASH, an individual,<br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; ALEXANDREA VASQUEZ, an individual, ARTHUR GARCIA, an individual, CISILIA LOPEZ, an individual, ITZEL SALAZAR, an individual, GUILLERMO CASILLAS, an individual, CARLOS VEGA, an individual, KILISITINA SAFUTA, an individual, COURTNEY WESSEIS, an individual, RICHARD SPEED, an individual, JASON FORD, an individual, and DOES 11-50, inclusive,<br>        Defendants. | Case No.: CV 20-5012-MWF (GJSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Discovery: July 16, 201<br>Dispositive Motion Hearing: August 9, 2021<br>Pre-Trial Conference: October 4, 2021<br>Trial: October 26, 2021 |
| PATRICK D. LEWIS, an individual; HENRY L. LEWIS, an individual; HARVEST LEE YOUNGBLOOD, an individual; an MAURICE VAN THROWER, individual; LUCIO JOSE THROWER, an individual.<br><br>    —Nominal Defendants— | |

    Plaintiffs THE ESTATE OF CHRISTOPHER NASH and ANTHONY NASH ("Plaintiffs"), Defendants COUNTY OF LOS ANGELES, ALEXANDREA VASQUEZ, ARTHUR GARCIA, CISILIA LOPEZ, ITZEL SALAZAR, GUILLERMO CASILLAS, KILISITINA SAFUTA, COURTNEY WESSELS, and RICHARD SPEED ("Defendants," collectively with the Plaintiff, the "Parties"), by and through their respective counsel stipulated and agree to a dismissal with prejudice of the action filed by Plaintiffs in the above-captioned case.

    Having reviewed the Parties' Stipulation for **GOOD CAUSE** shown therein, the Court hereby **DISMISSES WITH PREJUDICE** the action filed by Plaintiffs in the above-captioned case.  It is hereby **ORDERED** as follows:

1. The action filed by Plaintiffs in the above-captioned case is dismissed with prejudice;
2. The Parties shall bear their own costs, attorneys' fees, and expenses incurred by or on behalf of said Party in connection with this action.

**IT IS SO ORDERED**.

Dated: April 13, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge